IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VINCENT KHOURY TYLOR and VINCENT SCOTT TYLOR , <br><br>　　　　Plaintiffs, <br><br>　　vs. <br><br>RHYTHM OF LIFE COSMETICS, INC., a Hawaii Corporation, dba MAUI TROPICAL SOAPS; RICHARD D. STILLMAN; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and DOE ASSOCIATIONS 1-10,, <br><br>　　　　Defendants. | CIV NO 13-00280 DKW-KSC <br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

<u>ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION</u>

Findings and Recommendation having been filed and served electronically on Plaintiff on January 06, 2014 and via U.S Mail on January 7, 2014 to Defendants, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that,  pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation To Grant Plaintiffs' Motion For Entry Of Default Judgment As

To Defendant Rhythm of Life Cosmetics, Inc. Dba Maui Tropical Soaps" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: January 23, 2014, Honolulu, Hawai'i.



Derrick K. Watson
United States District Judge

---

Vincent Khoury Tylor, et al. v. Rhythm of Life Cosmetics, Inc., et al.;
CV 13-00280 DKW-KSC; ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION